```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
GLOBAL PAYROLL INVESTORS LLC f/k/a
EXPATICORE SERVICES LLC and
DAVID LEBOFF,

                    Plaintiffs,

          -against-

IMMEDIS, INC.,

                    Defendant.
------------------------------------------X
```

FILED
CLERK

2:23 pm, Aug 09, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

<u>ADOPTION ORDER</u>
20-CV-4508(JS)(AYS)

```
APPEARANCES
For Plaintiffs:    Jason L. Abelove, Esq.
                   Law Office of Jason L. Abelove, P.C.
                   666 Old Country Road, Suite 303
                   Garden City, New York 11530

For Defendant:     Lisa Angela Perillo, Esq.
                   Messina Perillo & Hill LLP
                   285 West Main Street, Suite 203
                   Sayville, New York 11782

                   Thomas A. Christensen, Esq., pro hac vice
                   Huck Bouma P.C.
                   1755 South Naperville Road, Suite 200
                   Wheaton, Illinois 60189
```

SEYBERT, District Judge:

Plaintiffs Global Payroll Investors LLC f/k/a Expaticore Services LLC and David Leboff (together, "Plaintiffs") commenced this diversity action alleging that defendant Immedis, Inc. ("Defendant") breached certain portions of a Purchase Agreement, Promissory Note, and an Employment Agreement. (Compl., ECF No. 1.) On January 11, 2021, Defendant filed a motion to dismiss Count Three of the Complaint, arguing Plaintiffs' a claim for breach of

the covenant of good faith and fair dealing should be dismissed as duplicative of the breach of contract claim.  (Mot., ECF No. 17; Def. Br., ECF No. 15; Decl., ECF No. 16; Pls. Opp, ECF No. 18; Reply, ECF No. 19.)

On May 5, 2021, this Court referred the motion to Magistrate Judge Anne Y. Shields for a report and recommendation. (See May 5, 2021 Elec. Order.)  On July 13, 2021, Judge Shields issued a Report and Recommendation ("R&R") and recommended that the Court deny Defendant's motion.  (See generally R&R, ECF No. 21.)  Specifically, Judge Shields found that Plaintiffs adequately stated a claim for breach of the implied covenant of good faith and fair dealing separate and apart from the breach of contract claim.  (Id. at 7; see generally id. at 6-7.)  She further concluded that "[w]hile the claims are obviously related, they are indeed distinct claims" and "evidence adduced during discovery could change this finding."  (Id. at 7.)

[REMAINER OF PAGE INTENTIONALLY LEFT BLANK]

The time to object has expired and no objections to the R&R have been filed. Upon careful review and consideration, the Court finds Judge Shields' R&R to be comprehensive, well-reasoned, and free of clear error. Accordingly, the Court ADOPTS the R&R (ECF No. 21) in its entirety and Defendant's motion to dismiss Count Three of the Complaint (ECF No. 15) is DENIED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: August __9__, 2021
       Central Islip, New York